UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: SEALED MATTER             MISC. NO. 24-mc-51179

                                                     HON. KIMBERLY G. ALTMAN

## ORDER GRANTING UNOPPOSED MOTION TO RESEAL OR REDACT SEARCH WARRANT AND AFFIDAVIT

Having considered John Doe's Unopposed Motion to reseal or redact the Search warrant and affidavit, after reviewing the unopposed motion and brief and the entire record herein, the Court grants one of the following,

**IT IS HEREBY ORDERED**

    __X__    Sealing of the Search Warrant and Affidavit.

    _____    The Court Orders the Clerks office to

1. Restrict access to the ECF 1
2. Place a redacted copy of the Search Warrant and Affidavit on the docket redacting all Personally Identifiable information from the document and the serial number of the drone/sUAS subject to the search warrant and affidavit.

**SO ORDERED.**

**Dated:** February 20, 2025        s/Kimberly G. Altman
                                              **HON. KIMBERLY G. ALTMAN**
                                              **United States Magistrate Judge**